UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 14-149-HRW

ROBERT EDWARD SNEED,     PETITIONER,

v.     **ORDER**

AARON SMITH, *Warden*,     RESPONDENT.

This matter is before the Court upon Robert Edward Sneed's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The matter was submitted to United States Magistrate Judge Edward B. Atkins for Report and Recommendation.

Magistrate Judge Atkins recommends that the Petition for Writ of Habeas Corpus be transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Sixth Circuit for consideration whether the district court may review the petition in accordance with 28 U.S.C. § 2244(b). [Docket No. 13].

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1)     that the Magistrate Judge's Report and Recommendation [Docket No. 13] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2)     the Petition for Writ of Habeas Corpus be **TRANSFERRED** pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Sixth Circuit for consideration whether the district court may review the petition in accordance with 28 U.S.C. § 2244(b).

This 23rd day of February, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
**United States District Judge**